RECEIVED
IN MONROE, LA
MAY 0 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHANNA HOLMES | CIVIL ACTION NO. 06-0400 |
| VS. | JUDGE JAMES |
| ANGUS CHEMICAL CO. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Defendant's Motion to Dismiss (Document No. 17) be **GRANTED** and that plaintiff's suit be **DISMISSED WITH PREJUDICE at her cost**, in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 7 day of May, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE